# Court of Appeals
# of the State of Georgia

ATLANTA,  August 12, 2020

*The Court of Appeals hereby passes the following order:*

**A21D0004. DOUNDLEY EDWARDS v. GENEVIEVE A. GEORGES.**

In this civil action, the trial court granted the defendant's motion to dismiss plaintiff Doundley Edwards's complaint and amended complaint in an order entered on December 23, 2019. On July 16, 2020, Edwards filed this application for discretionary review, seeking to appeal the December 23 order.[1] We lack jurisdiction.

Based on the limited materials Edwards has submitted with his application, it appears that the December 23 order may have been directly appealable. Compare OCGA § 5-6-34 (a) (1), with OCGA § 5-6-35 (a). This Court ordinarily will grant an application for discretionary review of a directly appealable order under OCGA § 5-6-35 (j). To fall within this general rule, however, the application must be filed within 30 days of entry of the order or judgment sought to be appealed. See OCGA § 5-6-35 (d), (j). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Edwards's application

---

[1]Although Edwards's application is entitled "Notice of Appeal," we have construed it as an application, as it was filed in this Court, rather than the trial court. Compare OCGA § 5-6-35 (d) (an application for discretionary review is filed in the appropriate appellate court), with OCGA § 5-6-37 (a notice of appeal must be filed "with the clerk of the court wherein the case was determined").

is untimely, as it was filed 206 days after entry of the order he seeks to appeal. Accordingly, this application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __08/12/2020_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*